GAS 455 (Rev. 1/11) Waiver of Indictment

# United States District Court

## SOUTHERN DISTRICT of GEORGIA

UNITED STATES OF AMERICA
v.

MELISSA METTS JOHNSON

**WAIVER OF INDICTMENT**

CASE NUMBER: 4:22cr158

I, _____Melissa Johnson_____, the above named defendant, who is accused of

26 U.S.C. § 7202 Failure to Account for and Pay Over Employment Taxes

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on _____November 9, 2022_____ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
*Defendant*

_____
*Counsel for Defendant*

Before _____
*Judicial Officer*