UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR: 422-158 |
| | ) | |
| MELISSA METTS JOHNSON | ) | |

**GOVERNMENT'S NOTICE OF PLEA AGREEMENT**

NOW COMES the United States of America, by and through David H. Estes, United States Attorney for the Southern District of Georgia, and pursuant to 18 U.S.C. § 3161(h)(1)(G), notifies the Court that a plea agreement has been reached by the parties which would dispose of the charge pending in the above-captioned case against the defendant. A copy of the plea agreement has been provided to the Court for its consideration. The government respectfully requests that the Court schedule a Rule 11 proceeding and accept the defendant's plea as set forth in the proposed agreement.

Respectfully submitted,

DAVID H. ESTES
UNITED STATES ATTORNEY

*/s/ Chris Howard*

Assistant United States Attorney

P.O. Box 8970
Savannah, Ga.  31412
(912) 652-4422

1